# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 9, 2018

## NO. 03-17-00550-CV

**Precision Roofing Inc., Appellant**

**v.**

**David Zavelson and Tracy Zavelson, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on July 20, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment to reduce the award of attorney's fees and costs to $11,288.65. The Court affirms the judgment as modified. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.